# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PHARIS GELAINE JOACHIM, <br><br> Plaintiff, <br><br> v. <br><br> PREMIA MORTGAGE LLC d/b/a PREMIA RELOCATION MORTGAGE SERVICES, <br><br> Defendant. | CIVIL ACTION NO.: <br> 1:21-cv-01568-MHC-CMS |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Premia Mortgage LLC ("Premia"), pursuant to Fed. R. Civ. P. 56, moves for summary judgment and requests that the Court issue an Order dismissing Plaintiff's Complaints *with prejudice*.

Plaintiff Pharis Gelaine Joachim ("Plaintiff") brought this action against her former employer and asserts claims of alleged gender and age discrimination, and retaliation under both Title VII of the Civil Rights Act of 1964 ("Title VII") and the Age Discrimination in Employment Act ("ADEA"). The Court should enter summary judgment dismissing Plaintiff's Complaint because there is no evidence to establish a triable issue on her discrimination and retaliation claims.

The undisputed evidence shows that Premia discharged Plaintiff for legitimate, non-discriminatory reasons unrelated to her gender or age. Plaintiff had

been underperforming in her position for several years. She was repeatedly counseled and coached to improve, but even when placed on a performance improvement plan, Plaintiff did not show any efforts to improve. For these reasons, Defendants terminated Plaintiff's employment.

Plaintiff cannot offer sufficient evidence to constitute direct evidence of discrimination. Nor can she establish a *prima facie* claim of gender or age discrimination under the analysis applicable to circumstantial evidence cases because she cannot identify any comparator employees who were treated more favorably than she was. Even if she could, Plaintiff cannot demonstrate the legitimate reason for her termination was pretext for discrimination. Plaintiff also cannot show that "but for" her age she would not have been fired.

Plaintiff's retaliation claim likewise fails because the undisputed evidence does not establish any causal connection between any alleged protected activity and either her discipline or her termination.

In support of its Motion, Premia relies on its Memorandum of Law in Support of Defendant's Motion for Summary Judgment, filed contemporaneously herewith, as well as Exhibits A-D including the full deposition transcripts of Plaintiff, Tom James, and Nina Arnaiz, and the Declaration of Tom James. Premia also relies on its Statement of Material Facts in Support of Defendant's Motion for Summary Judgment to be filed separately.

WHEREFORE, for all the reasons set forth in Defendant's Memorandum of Law, Defendant respectfully requests that the Court grant summary judgment in its favor; that the Court dismiss Plaintiff's Complaint *with prejudice*; that the Court award Defendant all costs and attorneys' fees incurred in this matter, and that the Court award such other and further relief as it deems appropriate

Respectfully submitted this 17th day of February, 2022.

**JACKSON LEWIS P.C.**

*/s/ David A. Hughes*
David A. Hughes
Georgia Bar No. 375618
David.Hughes@jacksonlewis.com
Ansley K. Fantaski
Georgia Bar No. 577512
Ansley.Fantaski@jacksonlewis.com
171 17th Street, NW
Suite 1200
Atlanta, Georgia 30363
Telephone: (404) 525-8200
Facsimile: (404) 525-1173

**COUNSEL FOR DEFENDANT PREMIA RELOCATION LLC**

## CERTIFICATION

Pursuant to Local Rules 7.1 and 5.1, the undersigned counsel hereby certifies that the foregoing document complies with the Local Rules' requirements as to formatting and font in that it has been prepared in Times New Roman, 14 point.

/s/ David A. Hughes
David A. Hughes
Georgia Bar No. 375618

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PHARIS GELAINE JOACHIM,<br><br>Plaintiff,<br><br>v.<br><br>PREMIA MORTGAGE LLC d/b/a PREMIA RELOCATION MORTGAGE SERVICES,<br><br>Defendant. | CIVIL ACTION NO.:<br>1:21-cv-01568-MHC-CMS |

## CERTIFICATE OF SERVICE

I hereby certify that, on February 17, 2022, I electronically filed the within and foregoing **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the NextGen system, which will automatically send e-mail notification and a copy of same to the following counsel of record:

    Corey Asay, Esq.
    casay@forthepeople.com
    Jeremy Stephens, Esq.
    jstephens@forthepeople.com
    **MORGAN & MORGAN, PLLC**

                                                */s/ David A. Hughes*
                                                David A. Hughes
                                                Georgia Bar No. 375618